In The United States District Court For
The Northern District of California.

Isaiah Noel Williams
    Plaintiff,

v.

D. Williams, in her
individual capacity,
    Defendant

C 07 4464

Motion For
Apointment of
Counsel

Civil Action No.

CW

(PR)

FILED
AUG 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Pursuant to 28 U.S.C. § 1951 (e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and very limited knowledge of the law. Plaintiff is also housed in the security housing unit.

. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

. Plaintiff has made several attempts to obtain a lawyer. However, none have responded as of yet to plaintiff's letters.

Date: August 14, 2007            Signature: [signature]
    Isaiah Williams K-33769
    C-9 216 SHU
    5905 Lake Earl Drive
    Crescent City, CA. 95531
    Pelican Bay State Prison