FILED
AUG 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07 4464 (PR)

Isaiah Noel Williams K-33769
          Plaintiff,

vs.

D. Williams

          Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Isaiah Williams, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  I do not remember.
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.    Business, Profession or              Yes ___ No ✓
10              self employment
11       b.    Income from stocks, bonds,           Yes ___ No ✓
12             or royalties?
13       c.    Rent payments?                       Yes ___ No ✓
14       d.    Pensions, annuities, or              Yes ___ No ✓
15             life insurance payments?
16       e.    Federal or State welfare payments,   Yes ___ No ✓
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                          Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

|     |     |
| --- | --- |
| 1   | b. List the persons other than your spouse who are dependent upon you for |
| 2   | support and indicate how much you contribute toward their support. (NOTE: |
| 3   | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4   | THEIR NAMES.). |
| 5   | _____ |
| 6   | _____ |
| 7   | 5. Do you own or are you buying a home? Yes ___ No ✓ |
| 8   | Estimated Market Value: $_____ Amount of Mortgage: $_____ |
| 9   | 6. Do you own an automobile? Yes ___ No ✓ |
| 10  | Make _____ Year _____ Model _____ |
| 11  | Is it financed? Yes ___ No ___ If so, Total due: $_____ |
| 12  | Monthly Payment: $_____ |
| 13  | 7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.) |
| 14  | Name(s) and address(es) of bank: _____ |
| 15  | _____ |
| 16  | Present balance(s): $_____ |
| 17  | Do you own any cash? Yes ___ No ___ Amount: $_____ |
| 18  | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 19  | market value.) Yes ___ No ___ |
| 20  | _____ |
| 21  | 8. What are your monthly expenses? |
| 22  | Rent: $_____ Utilities: _____ |
| 23  | Food: $_____ Clothing: _____ |
| 24  | Charge Accounts: |
| 25  | Name of Account    Monthly Payment    Total Owed on This Acct. |
| 26  | _____ $_____ $_____ |
| 27  | _____ $_____ $_____ |
| 28  | _____ $_____ $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

I owe restitution for commiting offense

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

August 14, 2007                              [signature]
DATE                                         SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____      _____
                           [Authorized officer of the institution]