Sept. 16, 2007

Richard W. Wieking,
Clerk, United States District Court for the Northern District of California

RECEIVED
07 SEP 21 PM 12:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: resubmittal of complete In Forma Pauperis application for civil case no.: C 07 4464 and related questions.

On August 31, 2007 I received the endorsed copy of my civil §1983 complaint along with notification that my In Forma Pauperis application was deficient for several reasons. As I stated in my letter which was enclosed with my civil complaint, there was a misunderstanding here which prevented me from sending the In Forma Pauperis application together with a signed certificate of funds in Prisoners Account. I did send you this certificate of funds seperately, however, in an attempt to honor your notice and to make things easier on the court, I am enclosing a new (endorsed by you) In Forma Pauperis application as well as a signed certificate of funds printout along with an extra copy for the court. I pray that this new application meets all the courts requirements.

I want to address two issues with you:

1) On your reasons for my application being deficient you checked and underlined the box stating that I didn't sign my application. This is incorrect, I did sign the application. To avoid any further misunderstanding, JW is my legal signature.

2) You did not notify me whether the court would honor my request to serve the defendant with both a copy of the complaint and the summons. I provided the court with an extra copy of both for that reason.

I thank you and the court for your time and understanding.

Sincerely,
Isaiah Williams K-33769
JW

