FILED
07 SEP 21 PM 12: 13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Isaiah Noel Williams  K-33769

          Plaintiff,

vs.

D. Williams

          Defendant.

C 07 4464 CW (PR)

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Isaiah Williams, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  I do not remember
5  _____
6  _____
7  2.     Have you received, within the past **twelve (12)** months, any money from any of the
8  following sources:
9     a.   Business, Profession or              Yes ___ No ✓
10         self employment
11    b.   Income from stocks, bonds,           Yes ___ No ✓
12         or royalties?
13    c.   Rent payments?                       Yes ___ No ✓
14    d.   Pensions, annuities, or              Yes ___ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,   Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                      Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.    a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1     b.     List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5 _____
6 _____

7  5.     Do you own or are you buying a home?     Yes \_\_\_ No ✓
8 Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.     Do you own an automobile?     Yes \_\_\_ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes \_\_\_\_\_ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13  7.     Do you have a bank account? Yes \_\_\_\_ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes \_\_\_ No \_\_\_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes \_\_\_ No \_\_\_
20 _____
21  8.     What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account            Monthly Payment            Total Owed on This Acct.
26 _____ $ _____ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _I owe restitution for committing offense_____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ___ No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11         I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13         I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _September 16, 2007_          _[signature]_____
17        DATE                        SIGNATURE OF APPLICANT