

Filed
RECEIVED
OCT 22 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Oct. 11, 2007

Clerk,

In the United States District Court for the Northern District of California.

Re: Civil Case No. C 07 4464;
    Lack of response by clerk regarding serve of summons on Defendant;
    Non-response by Defendant to summons;
    Declaration for entry of Default.

    On August 16, 2007 I filed a complaint under the Civil Rights Act, Title 42 U.S.C. §1983, which was received and filed in the court on August 29, 2007. Enclosed with said complaint was a summons and copy of complaint, along with a letter to the clerk requesting the courts help in serving these on the Defendant.

    On September 18, 2007 I resubmitted my Application to proceed In Forma Pauperis with the changes requested by Richard W. Wieking, Clerk. Enclosed with these forms was a second letter inquiring as to whether the court granted me assistance in serving the Defendant with the summons and copy of complaint, which I provided the court.

    I have received no response from the clerk as to my inquiries, and therefore have no choice but to assume the Defendant has been served. Todays date is October 11, 2007, which makes 56 day since I filed my complaint. This is 36 days longer than the 20 days allotted the Defendant for response. (I have intentionally waited extra time in an attempt to give the court time to serve the Defendant).

    As stated above, the Defendant has failed to respond within her allotted time, and therefore I am Enclosing a 'Declaration for entry of Default', for review by the clerk and court. Due to the lack of response to my previous inquiries, I was force to leave the date of service to the Defendant blank. I ask that the clerk complete this portion of the Declaration.

    I thank the court and clerk for their time and assistance.

    Sincerely,
    Isaiah Williams K-33769
    C-9 216 SHU
    P.O. Box 7500
    Crescent City, CA. 95531