In The United States District Court for the Northern District of California

Isaiah Noel Williams
    Plaintiff,

v.

Civil Action No. C 07 4464 CW

D. Williams, in her individual capacity,
    Defendant

FILED 07 OCT 22 PM 1:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DECLARATION FOR ENTRY OF DEFAULT

Isaiah Williams, hereby declares:
I am the plaintiff herein. The complaint herein was filed on the 16th of August, 2007.

The court files and record herein show that the Defendant was served by the United States Marshal with a copy of summons, and a copy of the Plaintiff's complaint on the _____ of _____.

More than 20 days have elapsed since the date on which the Defendant herein was served with summons and a copy of Plaintiff's complaint, excluding the date thereof.

The Defendant has failed to answer or otherwise defend as to Plaintiff's complaint, or serve a copy of any answer or any defense which it might have had, upon affiant or any other plaintiff herein.

The Defendant is not in the military service and is not an infant or incompetent.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed at Crescent City, CA. on October 11, 2007.

Signed by: Isaiah Noel Williams K-33769
Signature: [signature]