**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

October 31, 2007

RE:  CV 07-04464 CW        ISAIAH N WILLIAMS-v- D WILLIAMS

Default is declined as to defendant D. Williams on 10/31/07.


                              RICHARD W. WIEKING, Clerk


                              by:  Clara Pierce
                              Case Systems Administrator