UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH N WILLIAMS,<br><br>              Plaintiff,<br><br>  v.<br><br>D WILLIAMS et al,<br><br>              Defendant. | Case Number: CV07-04464 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the order granting in forma pauperis status (docket #13) , by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Prison Account Trust Office
Pelican Bay State Prison
P.O. Box 7000
5905 Lake Earl Drive
Crescent City, CA 95531

Dated: November 6, 2007

                                              Richard W. Wieking, Clerk
                                              By: Clara Pierce, Deputy Clerk