**FILED**

DEC 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

November 20, 2007

United States District Court for the Northern District of California,

Clerk of the Court,

RE: Civil Case No. C 07 4464 CW (PR)

It was my understanding that, due to my In Forma Pauperis status and inability to serve the defendant personally, the court would assist me in the servicing of the defendant with a copy of the summons and complaint upon request.

However, the clerk has ignored my requests to this point, and has offered no direction on this issue. Therefore, I have decided to try and serve the defendant myself via the mail services offered here at the institution.

Enclosed are copies of the following forms:
1) Summons
2) Notice and Acknowledgement of Receipt of Summons and Complaint
3) Acknowledgement of Receipt of Summons and Complaint
4) Proof of Service by Mail

I am sending the defendant (2) copies of forms 1-3 and a copy of my complaint on this date.

This letter is just to inform and show the court my intent and attempt to serve the defendant.

Sincerely,
Isaiah Williams K-33769
Plaintiff

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, Isaiah Noel Williams K-33769, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the _____ day of _____, in the year of 20___, I served the following documents: (set forth the exact title of documents served)

Complaint under the Civil Rights Act, Title 42 U.S.C. §1983; [Case No. C 07 4464 (PR)(CW)] Summons; Notice and Acknowledgement of Receipt of Summons and Complaint; Acknowledgement of Receipt of Summons and Complaint

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

Correctional Officer D. Williams

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20 day of November, 20 07.

Signed: _____
(Declarant Signature)

Rev. 12/06