NAME: Isaiah Williams
CDC NO: K-30769   HOUSING: C-9 216
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

**CONFIDENTIAL LEGAL MAIL**

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483
Attn: Court Clerk

RECEIVED
DEC - 3 2007
NORTHERN DISTRICT OF CALIFORNIA

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217866
MAILED FROM ZIP CODE 95531
$ 00.97⁰
NOV 28 2007