RECEIVED

07 DEC -7 PM 12: 06

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk, U.S. District Court for the Northern District of California

re: Proof of service form

On November 27, 2007 I mailed you (3) copies of a Proof of service form and letter explaining that on November 20, 2007 I served the defendant in civil case no. C 07 4464 CW (PR) copies of : summons, complaint, Notice of Acknowledgement of receipt of summons & complaint, and Acknowledgement of receipt of summons & complaint forms via the mail.

Today I realized that I left the date blank on the following line of the Proof of service form:

'On the ___ day of _____, in the year 20 ___, I served the following documents:'

this date is the same as the date on the bottom of the form: 20, November 2007.
can you please fill this in for me?

I thank you and the court for your time, patience, and understanding in this matter.

sincerely,
Isaiah Williams K-33769
Plaintiff

November 28, 2007