In the United States District Court
for the Northern District of California

Isaiah Noel Williams
   Plaintiff,

v.

D. Williams; in her
individual capacity
   Defendant

Civil Action no. C 07-04464 CW (PR)

Filed
RECEIVED

FEB 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DECLARATION FOR ENTRY OF DEFAULT

Isaiah Williams hereby declares:
I am the plaintiff herein. The complaint herein was filed on the 16th of August, 2007.

The court files and record herein show that the Defendant was served by the Plaintiff via certified mail with a copy of summons, and a copy of the plaintiff's complaint on the 20th of November, 2007.

More than 20 days have elapsed since the date on which the Defendant herein was served with summons and a copy of Plaintiff's complaint, excluding the date thereof; in fact, 75 days have thus far elapsed.

The Defendant has failed to answer or otherwise defend as to Plaintiff's complaint, or serve a copy of any answer or any defense which it might have had, upon affiant.

The Defendant is not in the military service and is not an infant or incompetent.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Crescent City, California on 2 February, 2008.

Signed: Isaiah Noel Williams K-33769
Signature: IW
Date: February 2, 2008

United States District Court for the Northern District of California,
Clerk of the Court,

RE: Civil Case no. C 07-04464 CW (PR)

I am enclosing a 'Declaration For Entry of Default' and a copy of a 'Proof of Service by Mail', which I provided the court on November 20, 2007, showing that I served the Defendant via certified mail.

I have given the Defendant ample additional time to respond to my complaint in an attempt to show the court that I am doing everything possible to keep this case moving forward. I believe 75 days (55 additional days) is more than a reasonable amount of time, yet the Defendant has still failed to respond.

I have exhausted all means available to me in bringing this case to the next level and I now ask for the court's assistance.

On a seperate issue, I have requested on (2) seperate occasions the ability to collect Declarations from witnesses and have been orally denied (2) times all with the answer that the court needs to order it under discovery. Is there an order the court can make or a rule the court can provide that will allow me to collect these Declarations sooner?

I thank the court for its time and assistance.

Sincerely,
Isaiah Noel Williams  K-33769
February 2, 2008

## PROOF OF SERVICE BY MAIL

(C.C.P. section 101a #2015.5; 20 U.S.C. section 1746)

I, Isaiah Williams, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below entitled action.

My Address is: P.O. Box 7500; Crescent City, CA 95531.

On the 4 day of February, in the year of 20 08, I served the following documents: (set forth the exact title of documents served)

Declaration of Entry of Default, letter to court, and supporting document

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postaage thereon fully paid, in the United states mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 4 day of February, 20 08.

Signed: /s/
(Declarant Signature)

Rev: 03/10/00

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, Isaiah Noel Williams K-30769, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

*On the __20__ day of __November__, in the year of 20_07_, I served the following documents: (set forth the exact title of documents served)

Complaint under the Civil Rights Act, Title 42 U.S.C. §1983; [Case No. C 07 4464 (PR) CW]
Summons; Notice and Acknowledgement of Receipt of Summons and Complaint;
Acknowledgement of Receipt of Summons and Complaint

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

Correctional Officer D. Williams

I declare under penalty of perjury that the foregoing is true and correct.

Dated this __20__ day of __November__, 20_07_.

Signed: _____
(Declarant Signature)

Rev. 12/06

*wrote court on November 28, 2007 asking to have this date filled in.