NAME: Williams
CDC NO: K32769  HOUSING: 2-9-2½

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

UNITED STATES POSTAGE
$ 00.97⁰
02.1M   FEB 15 2008
0004217666
MAILED FROM ZIP CODE 95531

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

CONFIDENTIAL LEGAL MAIL