PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

UNITED STATES POSTAGE $00.97
FEB 27 2008
02 1M
0004217666
MAILED FROM ZIPCODE 95531

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

NAME: Ralph Williams
CDC NO: K-22744   HOUSING: C-9 211
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

CONFIDENTIAL LEGAL MAIL