FILED
RECEIVED

APR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

April 16, 2008

U.S. District Court for the Northern District of California
Clerk of the Court

RE: Status of civil case no. C 07 4464 CW (PR)

On November 20, 2007 I served the defendant with copies of the civil complaint and summons for the above-mentioned case. To date, I've received no response and/or acknowledgement from the defendant.

On February 25, 2008 I filed a 'Declaration for Entry of Default' motion with the court and enclosed the 'Proof of Service' showing that the defendant was served with copies of the same forms. To date, I've received no response and/or ruling from the court.

I'm asking for a status report to ascertain the status of my motion and to make sure that there has been no lost communications to or from the court.

Thank you for your time.

Sincerely,
Isaiah Williams K-33769