Isaiah Williams K-33769
C-9 216 SHU
P.O. Box 7500
Crescent City, CA 95531

LEGAL MAIL

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT C-9

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM ZIPCODE 95531
UNITED STATES POSTAGE
$ 00.41⁰
APR 17 2008
PITNEY BOWES

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102