Isaiah Williams K-33769
C-9 216 SHU
P.O. Box 7500
Crescent City, CA. 95531

Confidential
Legal
Mail

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-9

9410233661 0004

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM ZIP CODE 95531
$ 00.42⁰
JUN 30 2008
UNITED STATES POSTAGE
PITNEY BOWES

U.S. District Court
Northern District of California

450 Golden Gate Avenue
San Francisco, CA. 94102