UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH N. WILLIAMS,<br><br>   Plaintiff,<br><br>   v.<br><br>D. WILLIAMS,<br><br>   Defendant. | No.:  C 07-04464 CW (PR)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE SUMMARY JUDGMENT MOTION OR OTHER DISPOSITIVE MOTION** |

   Good cause appearing, the motion of defendant D. WILLIAMS for a ninety-day extension of the deadline to file a motion for summary judgment or other dispositive motion is GRANTED IN PART AND DENIED IN PART.  Plaintiff's request for a ninety-day extension is DENIED; however, the Court GRANTS Defendants a thirty-day extension.  Defendants shall file the motion on or before May 21, 2010.  Plaintiff's opposition thereto is due within thirty (30) days of the date the dispositive motion is filed, and Defendants' reply, if any, is due within fifteen (15) days of the date Plaintiff's opposition is filed.

   IT IS SO ORDERED.

Dated: 4/20/2010

                                                      CLAUDIA WILKEN<br>
                                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ISAIAH N WILLIAMS,

       Plaintiff,

 v.

D WILLIAMS et al,

       Defendant.
                                  /

Case Number: CV07-04464 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isaiah Noel Williams K-33769
Pelican Bay State Prison
P.O. Box 7000
5905 Lake Earl Drive
Crescent City, CA 95531

Dated: April 20, 2010

                                  Richard W. Wieking, Clerk
                                   By: Nikki Riley, Deputy Clerk

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION