IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH N. WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>D. WILLIAMS,<br><br>    Defendant.<br>_____/ | No. C 07-04464 CW (PR)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR SECOND EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

    Defendants have requested a second extension of time in which to file their motion for summary judgment. Having read and considered Defendants' request and the accompanying declaration of counsel, and good cause appearing,

    IT IS HEREBY ORDERED that Defendants' request for a second extension of time is GRANTED. The time in which Defendants may file their motion for summary judgment will be extended up to and including June 21, 2010. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than <u>thirty (30) days</u> after the date Defendants' motion is filed. If Defendants wish to file a reply brief, they shall do so no later than <u>fifteen (15) days</u> after the date Plaintiff's opposition is filed.

    IT IS SO ORDERED.

Dated: 5/24/2010

                                                 *Claudia Wilken*
                                                 CLAUDIA WILKEN
                                                 UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ISAIAH N WILLIAMS,

        Plaintiff,

v.

D WILLIAMS et al,

        Defendant.

Case Number: CV07-04464 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isaiah Noel Williams K-33769
Pelican Bay State Prison
P.O. Box 7000
5905 Lake Earl Drive
Crescent City, CA 95531

Dated: May 24, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2