IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH N. WILLIAMS,<br><br>      Plaintiff,<br><br>  v.<br><br>D. WILLIAMS,<br><br>      Defendant. | No. C 07-04464 CW (PR)<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S REQUEST FOR A THIRD EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

Defendant has requested a third extension of time in which to file his motion for summary judgment. Having read and considered Defendant's request and the accompanying declaration of counsel, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's third request for an extension of time is GRANTED IN PART AND DENIED IN PART. Defendant's request for a thirty-day extension is DENIED; however, the Court GRANTS Defendant a brief extension. Defendant shall file his motion for summary judgment on or before <u>June 30, 2010</u>. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendant no later than <u>thirty (30) days</u> after the date Defendant's motion is filed. If Defendant wishes to file a reply brief, he shall do so no later than <u>seven (7) days</u> after the date Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated: 6/23/2010

                                              CLAUDIA WILKEN
                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ISAIAH N WILLIAMS,

        Plaintiff,

  v.

D WILLIAMS et al,

        Defendant.

Case Number: CV07-04464 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isaiah Noel Williams K-33769
Pelican Bay State Prison
P.O. Box 7000
5905 Lake Earl Drive
Crescent City,  CA 95531

Dated: June 23, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk