IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISAIAH N. WILLIAMS,

      Plaintiff,

  v.

D. WILLIAMS,

      Defendant.

_____/

No. C 07-04464 CW (PR)

ORDER GRANTING PLAINTIFF'S
REQUEST FOR EXTENSION OF TIME
TO FILE OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT

Plaintiff has requested an extension of time in which to file his opposition to Defendant's motion for summary judgment.

Plaintiff states that on July 21, 2010, he submitted several discovery requests, to which Defendant must respond by August 21, 2010.

Plaintiff asks that the Court extend his time to file his opposition to September 21, 2010.  Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED.  The time in which Plaintiff may file his opposition to Defendant's motion for summary judgment will be extended up to and including September 21, 2010.

If Defendant wishes to file a reply brief, she shall do so no later than fourteen (14) days after the date Plaintiff's opposition is filed.

This Order terminates Docket no. 45.

IT IS SO ORDERED.

Dated: 8/3/2010

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ISAIAH N WILLIAMS,

        Plaintiff,

  v.

D WILLIAMS et al,

        Defendant.

_____/

Case Number: CV07-04464 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isaiah Noel Williams K-33769
Pelican Bay State Prison
P.O. Box 7000
5905 Lake Earl Drive
Crescent City,  CA 95531

Dated: August 3, 2010

                        Richard W. Wieking, Clerk
                        By: Nikki Riley, Deputy Clerk

United States District Court
For the Northern District of California