IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH N. WILLIAMS,<br><br>            Plaintiff,<br><br>   v.<br><br>D. WILLIAMS,<br><br>            Defendant.                     / | No. C 07-04464 CW (PR)<br><br>ORDER DENYING DEFENDANT'S MOTION TO STAY DISCOVERY<br><br>(Docket no. 46) |

   Plaintiff Isaiah N. Williams, a state prisoner incarcerated at Pelican Bay State Prison, filed this civil rights action under 42 U.S.C. § 1983.  Defendant has filed a motion for summary judgment.

   In an Order dated August 3, 2010, the Court granted Plaintiff's motion for an extension of time to file his opposition to Defendant's motion for summary judgment.  In his motion, Plaintiff stated that he had submitted several discovery requests on July 21, 2010, to which Defendant must respond by August 21, 2010.  Therefore, the Court extended the deadline for Plaintiff's opposition to September 21, 2010.

   Before the Court is Defendant's motion to stay discovery pending the resolution of her motion for summary judgment.

   In his motion for an extension of time, Plaintiff claimed that "it is necessary for him to pursue both a list if Interrogatories and a Request for Production of Documents from the Defendant before he would be able to reasonably respond to the Defendant's Motion for Summary Judgment." (Mot. for EOT at 1.)  Accordingly, Defendant's motion for a stay of discovery is DENIED.

   The parties shall abide by the briefing schedule in the Court's August 3, 2010 Order.  Plaintiff's opposition is due on

<u>September 21, 2010</u>, and if Defendant wishes to file a reply brief, she shall do so no later than <u>fourteen (14) days</u> after the date Plaintiff's opposition is filed.

This Order terminates Docket no. 46.

IT IS SO ORDERED.

Dated: 8/6/2010

*Claudia Wilken*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ISAIAH N WILLIAMS,

        Plaintiff,

  v.

D WILLIAMS et al,

        Defendant.

Case Number: CV07-04464 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isaiah Noel Williams K-33769
Pelican Bay State Prison
P.O. Box 7000
5905 Lake Earl Drive
Crescent City, CA 95531

Dated: August 6, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk