UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ISAIAH N WILLIAMS,<br><br>    Plaintiff(s),<br>    v.<br><br>D WILLIAMS,<br><br>    Defendant(s).<br>_____/ | No. C 07-04464 LB<br><br>**ORDER EXTENDING TIME TO COMPLY WITH ORDER RE DISCOVERY SUBMITTED FOR IN CAMERA REVIEW** |

In a letter dated January 18, 2011, Defendant Debra Williams requests a brief extension of time to comply with the Order Re Discovery Submitted for *In Camera* Review due to an incident at Pelican Bay State Prison that occurred on Tuesday, January 11, 2011. ECF Nos. 58 and 56. After consideration, the court **EXTENDS** Defendant's time to comply with the Order Re Discovery Submitted for *In Camera* Review until January 25, 2011.

**IT IS SO ORDERED.**

Dated: January 18, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 07-04464