UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

ISAIAH N. WILLIAMS,

            Plaintiff,

   v.

D. WILLIAMS,

            Defendant.

No. C 07-04464 CW (LB)

**FOURTH ORDER RE DISCOVERY SUBMITTED FOR *IN CAMERA* REVIEW**

[ECF Nos. 71 and 72]

This case involves Plaintiff Isaiah Williams's claims that Debra Williams, a prison guard at Pelican Bay State Prison, manifested deliberate indifference to his safety and used excessive force in violation of the Eighth Amendment and 42 U.S.C. § 1983 during an incident in 2006 that allegedly resulted in a fight between Plaintiff and another inmate and Defendant's shooting Plaintiff four times with impact rounds. *See* Complaint, ECF No. 1 at 7.[1] The district court referred discovery disputes to this court. ECF No. 54 at 5.

On May 17, 2011, the district court granted Plaintiff's motion to expand the time-frame for which excessive force complaints against Defendant must be provided, directing Defendant to provide all excessive force complaints made against Defendant within the five years prior to her promotion to sergeant for *in camera* review by the undersigned within twenty days. Order, ECF No.

---

[1] Citations are to the Clerk's Electronic Case File (ECF) with pin cites to numbers at the top (as opposed to the bottom) of the page.

FOURTH ORDER  RE DISCOVERY (C 07-04464 CW (LB))

71 at 8.[2]  On May 26, 2011, Defendant advised the court that, other than the excessive force complaint made against her by Plaintiff, there have been no such complaints made against Defendant during her employment (since November 2001) with the California Department of Corrections and Rehabilitation.  Defendant's Letter, ECF No. 72 at 1.  On the same day, Defendant served this letter on Plaintiff by mail.  *Id.* at 2.  Given that there were no additional excessive force complaints and Defendant served a copy of her letter on Plaintiff, the undersigned finds that Defendant has complied with the district court's order regarding the production of documents responsive to Plaintiff's document request number 2 and document request number 7.

**IT IS SO ORDERED.**

Dated: June 8, 2011

_____
LAUREL BEELER
United States Magistrate Judge

---

[2]  The specific document requests are as follows:

(2) Any and all documents in the defendant's personell (*sic*) file pertaining to any reprimands for misbehavior, suits against her, complaints made against her by staff or inmates, or anything that could be deemed relevant to the allegations made by the plaintiff in this case.

(7) Any and all documents of similar Control Booth Operators shootings that the defendant has been involved in during her time as a correctional officer.

FOURTH ORDER RE DISCOVERY (C 07-04464 CW (LB))

2