J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LYNNE G. STOCKER (SBN 130333)
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendant
DEBRA WILLIAMS (sued herein as D. WILLIAMS)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH NOEL WILLIAMS,<br><br>           Plaintiff,<br><br>     v.<br><br>D. WILLIAMS,<br><br>           Defendant. | Case No.:  C 07-04464 CW (LB)<br><br>**[PROPOSED] ORDER RE ATTENDANCE OF CDCR REPRESENTATIVE AT SETTLEMENT CONFERENCE**<br><br>Magistrate Judge Nandor Vadas |

This matter is set for a settlement conference on May 25, 2012 at Pelican Bay State Prison. Defendant has filed an *ex parte* application with a request that the CDCR representative, whose office is in Sacramento, be allowed to attend the settlement conference by telephone. Good cause appearing, the request is HEREBY GRANTED.

IT IS SO ORDERED.

DATED:  4/24/12

_____
NANDOR J. VADAS
United States Magistrate Judge

1