IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAIAH NOEL WILLIAMS, | ) | No. C 07-04464 CW (PR) |
| Plaintiff, | ) ) | ORDER DIRECTING CLERK OF THE COURT TO SEND PLAINTIFF A COPY OF DOCKET NO. 82; DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE |
| v. | ) ) ) | |
| D. WILLIAMS, | ) | |
| Defendant. | ) | (Docket no. 84) |
| _____ | ) | |

Plaintiff Isaiah Noel Williams, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983, concerning events that occurred at Pelican Bay State Prison (PBSP) in 2006. On March 29, 2012, the Court granted in part and denied in part Defendant's motion for summary judgment. Docket no. 82. Additionally, the Court referred the matter to Magistrate Judge Nandor Vadas for a settlement conference. Id. The settlement conference has been scheduled to take place at PBSP on May 25, 2012. Docket no. 83.

Plaintiff has filed a motion for the appointment of counsel to represent him in this action. Docket no. 84. In the motion, he states that he has received notice that a settlement conference has been scheduled, but he has never received notice of any ruling by the Court on the merits of the case. Consequently, he maintains that the case has become too complex for him to prosecute without the assistance of counsel.

The motion for appointment of counsel is DENIED without prejudice. The Court has ruled on Plaintiff's claims and the case will proceed to a settlement conference. The Clerk of the Court

shall send to Plaintiff a copy of the Court's March 29, 2012 Order, Docket no. 82.

This Order terminates Docket no. 84.

IT IS SO ORDERED.

Dated: 5/2/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

cc: NJV