IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH NOEL WILLIAMS,<br><br>    Plaintiff,<br>  v.<br><br>D. WILLIAMS,<br><br>    Defendant.<br>_____ / | No. C 07-04464 CW (PR)<br><br>ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT; DIRECTING CLERK TO FORWARD DOCUMENTS; STAYING FURTHER PROCEEDINGS |

    Plaintiff Isaiah Noel Williams, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983 concerning events that occurred at Pelican Bay State Prison in 2006.  On March 29, 2012, the Court granted in part and denied in part Defendant's motion for summary judgment and referred the matter to Magistrate Judge Nandor Vadas for a settlement conference.  Id.  The Court has been informed that the case did not settle.  Consequently, the case will proceed to trial.

    Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is referred to the Federal Pro Bono Project of the Volunteer Legal Services Program, which will attempt to find an attorney who is able to represent Plaintiff in these proceedings.

    Accordingly,

    1.  The Clerk of the Court shall forward electronically to the Federal Pro Bono Project: (a) a copy of this order, (b) a copy of the docket sheet, and (c) <u>a copy of the operative complaint (docket no. 1) and the Court's order denying the motion for summary judgment (docket no. 82)</u>.

    2.  If an attorney can be found to represent Plaintiff,

that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

3. All proceedings in this action are STAYED until four weeks from the date an attorney is appointed to represent Plaintiff in this action, or until the Court otherwise lifts the stay.

IT IS SO ORDERED.

Dated: 6/26/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE