IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISAIAH NOEL WILLIAMS,            No. C 07-4464 CW (PR)

       Plaintiff,            ORDER APPOINTING COUNSEL
   v.                        AND SETTING CASE MANAGEMENT
                            CONFERENCE DATE

D. WILLIAMS,

       Defendant.
_____/

    The Court having determined that exceptional circumstances warranting the appointment of counsel for Plaintiff in this matter exist, and volunteer counsel willing to be appointed to represent Plaintiff having been located by the Court,

    IT IS HEREBY ORDERED THAT Gabrielle Holburt, Whitney McCollum and Eugene Illovsky of Morrison & Foerster LLP are appointed as counsel for Plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The Clerk of the Court shall electronically send a copy of this Order to Manjari Chawla, Supervising Attorney of the Federal Pro Bono Project of the Volunteer Legal Service Program of the San Francisco Bar Association. The Clerk of the Court shall also send a copy of this Order to Plaintiff, and to Defendant's counsel.

    IT IS FURTHER ORDERED THAT a case management conference will be held on Wednesday, September 19, 2012. Counsel shall comply with the attached Order for Pretrial Preparation.

    IT IS SO ORDERED.

DATED: 7/31/2012

                               CLAUDIA WILKEN
                               United States District Judge