IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH NOEL WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>D. WILLIAMS,<br><br>    Defendant.<br>_____/ | No. C 07-4464 CW<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE SUCCESSIVE SUMMARY JUDGMENT MOTION (Docket No. 107) |

    Defendant D. Williams moves for leave to file a successive motion for summary judgment. Plaintiff Isaiah Williams opposes the motion.

    Because Defendant seeks to raise essentially the same arguments that she raised in her previous summary judgment motion, her request for leave to file a second summary judgment motion is denied. Defendant has not identified any newly discovered evidence or recent case law that would disturb the Court's prior summary judgment ruling. See Docket No. 82. While she proposes to offer an "expanded record" with her second summary judgment motion, Def.'s Mot. 3, this record -- which consists mostly of Defendant's own deposition testimony -- remains in conflict with much of Plaintiff's evidence. As such, allowing Defendant to file another summary judgment motion would not resolve any disputes of material fact or meaningfully advance this litigation.

Accordingly, the Court DENIES Defendant's motion for leave to file a successive summary judgment motion (Docket No. 107).

IT IS SO ORDERED.

Dated: 1/17/2013

CLAUDIA WILKEN
United States District Judge