IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH NOEL WILLIAMS,<br><br>      Plaintiff,<br><br>  v.<br><br>D. WILLIAMS,<br><br>      Defendant.<br>_____/ | No. C 07-4464 CW<br><br>ORDER GRANTING IN PART MOTION TO EXTEND FACT DISCOVERY DEADLINE (Docket No. 111) |

On January 18, 2013, Plaintiff Isaiah Williams requested an extension of the fact discovery deadline from January 20, 2013 to February 4, 2013 in order to compel responses to his prior subpoenas. Docket No. 111. Defendant Debra Williams does not oppose a limited extension of the deadline to allow Plaintiff to take depositions of three California Department of Corrections and Rehabilitation (CDCR) officers and to move to "compel further responses to subpoenas [previously] issued to non-party CDCR, if necessary." Docket No. 113, at 2.

Accordingly, the Court GRANTS Plaintiff's motion in part and DENIES it in part. The fact discovery deadline is hereby extended to February 4, 2013 for the limited purposes of allowing Plaintiff to (1) take depositions of CDCR officers S. Wentz, N. Heggstrom, and A. Garcia and (2) move to compel further responses to any subpoenas that he previously served on CDCR, including the subpoena issued on December 21, 2012. Plaintiff may not seek to

take fact discovery on additional matters not addressed in this order.

IT IS SO ORDERED.

Dated: 1/23/2013

CLAUDIA WILKEN
United States District Judge