UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ISAIAH NOEL WILLIAMS,<br><br>             Plaintiff,<br>   v.<br><br>D. WILLIAMS,<br><br>             Defendant.<br>_____/ | No. C 07-04464 CW (LB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY HEARING AND GRANTING STIPULATED REQUEST TO EXTEND PAGE LIMITS** |

On February 4, 2013, the parties filed a joint letter brief regarding a discovery dispute. The joint letter brief exceeded the page limits established in the undersigned's standing order. In the joint letter brief, however, the parties sought leave to extend the page limits and established good cause for their actions. Accordingly, the court GRANTS their stipulated request to extend the page limits by three pages and SETS the matter for a telephonic discovery hearing on February 21, 2013 at 11:00 a.m. If that date is not convenient, counsel may contact the courtroom deputy, Lashanda Scott at (415) 522-3140 to arrange a different time. Counsel shall make the necessary arrangements through CourtCall.

**IT IS SO ORDERED.**

Dated: February 11, 2013

                                               LAUREL BEELER
                                               United States Magistrate Judge