UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ISAIAH N. WILLIAMS,<br><br>               Plaintiff,<br>   v.<br><br>D. WILLIAMS,<br><br>               Defendant.<br>_____/ | No. C 07-04464 CW (LB)<br><br>**ORDER RE: MOTION FILED AT ECF NO. 124.** |

The parties have filed back-and-forth individual letters about discovery disputes (even though the court requires joint letters). Now Plaintiff filed (at 7:27 p.m. on a Friday night) an individual administrative motion to strike part of one of those letters currently pending before the undersigned (even though all discovery matters are referred to the undersigned).

Under all of the circumstances (including the referral to the undersigned, everyone's failure to comply with the procedures, and a hearing set for next Thursday, February 28, 2013 at 11:30 a.m.), the undersigned strongly urges Plaintiff to withdraw its motion to strike. The court sees no upside in forcing a reply in a short time period given the pending hearing, and the parties need to try to work things out here first before bothering the district court. That is the nature of a referral.

**IT IS SO ORDERED.**

Dated: February 22, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 07-04464 CW (LB) ORDER