UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ISAIAH N. WILLIAMS, | No. C 07-04464 CW (LB) |
| Plaintiff, | |
| v. | |
| D. WILLIAMS, | |
| Defendant. | |

The undersigned held a discovery telephone conference on March 11, 2013 to address the parties' dispute about expert discovery. The parties agreed to extend expert discovery deadlines, and the court held that there was good cause to do so (given the logistics issues attached to the court's March 1, 2013 order). The court orders the following:

1. As soon as possible, and no later than March 18, 2013, CDCR through counsel will provide the court and Plaintiff with a firm time frame for responding to the court's March 1 order.

2. The new discovery deadlines are as follows:

| | |
|---|---|
| Rebuttal expert disclosures: | April 5, 2013 |
| Expert discovery completion: | May 6, 2013 |

**IT IS SO ORDERED.**

Dated: March 11, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 07-04464 CW (LB)