IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH N. WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>D. WILLIAMS,<br><br>    Defendant.<br>_____/ | No. C 07-4464 CW<br><br>ORDER DIRECTING PARTIES TO FILE CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |

    Trial in this case is scheduled to begin on July 8, 2013. However, because proceedings in an earlier trial are currently scheduled to continue through July 10, 2013, the trial in this case may have to trail or be vacated. In that event, trial would be scheduled to begin sometime between July 8, 2013 and July 11, 2013, depending on when the earlier trial concludes. Furthermore, trial would likely have to take place over non-consecutive days due to the Court's unavailability between July 15, 2013 and July 17, 2013.

    Accordingly, in light of the burden that this schedule would place on both the parties and their counsel, the parties are directed to reconsider whether they would consent to proceed before a magistrate judge in order to secure a date certain for trial and an uninterrupted trial schedule. The parties must file

by June 24, 2013 a consent or declination to proceed before a magistrate judge.

IT IS SO ORDERED.

Dated: 6/21/2013

CLAUDIA WILKEN
United States District Judge