1  EUGENE ILLOVSKY (SBN 117892),
   EIllovsky@mofo.com
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, CA 94306
   Phone: (650) 813-5600
4  Facsimile: (925) 377-7710

5  WHITNEY E. MCCOLLUM (SBN 253039),
   WMcCollum@mofo.com
6  MATTHEW CHIVVIS (SBN 251325),
   MChivvis@mofo.com
7  GABRIELLE R. HOLBURT (SBN 278985),
   GHolburt@mofo.com
8  MORRISON & FOERSTER LLP,
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
10 Facsimile: (415) 268-7522

11 Attorneys for Plaintiff
   ISAIAH NOEL WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH NOEL WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. WILLIAMS,<br><br>　　　　　Defendant. | Case No. C 07-04464 CW (LB)<br><br>**[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ISAIAH NOEL WILLIAMS, CDC # K-33769, PLAINTIFF** |

1  DATE: July 18, 2013

2  TIME: 8:00 a.m.

3  Isaiah Noel Williams, CDC # K-33769, a necessary and material witness on his own behalf in proceedings in this case on July 18, 2013 at 8:00 a.m., is confined in Pelican Bay State Prison, 5905 Lake Earl Drive, Crescent City, California 95531, in the custody of Greg Lewis, Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate in Oakland Courthouse, Courtroom 2 − 4th Floor, 1301 Clay Street, Oakland, CA 94612 on July 18, 2013 at 8:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. The Clerk of the Court is directed to serve a courtesy copy of this order and Writ of Habeas Corpus Ad Testificandum on the Out-To-Court Desk, Pelican Bay State Prison, 5905 Lake Earl Drive, PO Box 7000, Crescent City, California, 95531-7000.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:** Greg Lewis, Warden, Pelican Bay State Prison, 5905 Lake Earl Drive, PO Box 7000, Crescent City, California, 95531-7000:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.

**FURTHER,** you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED**.

Dated: 7/2/2013

*/s/ Claudia Wilken*

JUDGE CLAUDIA WILKEN
**UNITED STATES DISTRICT JUDGE**