1 | EUGENE ILLOVSKY (SBN 117892),
EIllovsky@mofo.com
2 | MORRISON & FOERSTER LLP
755 Page Mill Road
3 | Palo Alto, CA 94306
Phone: (650) 813-5600
4 | Facsimile: (925) 377-7710

5 | WHITNEY E. MCCOLLUM (SBN 253039),
WMcCollum@mofo.com
6 | MATTHEW CHIVVIS (SBN 251325),
MChivvis@mofo.com
7 | GABRIELLE R. HOLBURT (SBN 278985),
GHolburt@mofo.com
8 | MORRISON & FOERSTER LLP,
425 Market Street
9 | San Francisco, California 94105-2482
Telephone: (415) 268-7000
10 | Facsimile: (415) 268-7522

11 | Attorneys for Plaintiff
ISAIAH NOEL WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH NOEL WILLIAMS,<br><br>            Plaintiff,<br><br>   v.<br><br>D. WILLIAMS,<br><br>            Defendant. | Case No. C 07-04464 CW (LB)<br><br>[~~PROPOSED~~] **ORDER REGARDING TELEPHONE ACCESS** |

Plaintiff, Isaiah Noel Williams, CDC # K-33769, is confined at Pelican Bay State Prison in the custody of Greg Lewis, Warden, and is not permitted telephone access without a Court order. In order for Plaintiff to be able to prepare for trial in the above captioned matter, which is currently scheduled for July 18, 2013, Plaintiff should be permitted limited telephone access with his Court-appointed counsel.

**ACCORDINGLY, IT IS ORDERED that:**

The Warden arrange for Plaintiff, Isaiah Noel Williams, CDC # K-33769, to have access to a telephone for two, sixty-minute telephone conversations with his Court-appointed counsel before July 18, 2013.

**IT IS SO ORDERED**.

Dated: 7/2/2013

JUDGE CLAUDIA WILKEN
**UNITED STATES DISTRICT JUDGE**