IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISAIAH N. WILLIAMS,                               No. C 07-4464 CW

        Plaintiff,                           ORDER DENYING
                                                    MOTION TO SEAL
   v.                                                  (Docket No. 157)

DEBRA WILLIAMS,

        Defendant.
_____/

      Plaintiff Isaiah Williams moves to seal the transcript of Defendant Debra Williams' deposition, which Defendant has designated confidential pursuant to the parties' stipulated protective order. Because neither party has provided good cause for sealing this document, this motion is denied.

      The public interest favors filing all court documents in the public record. Thus, any party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. See Civil Local Rule 79-5(a).

      Here, Defendant's declaration in support of the motion to seal states, "Exhibit 1 to [Defendant's] Deposition, the Pelican Bay State Prison Use of Force Policy has been designated as 'Confidential' pursuant to the Stipulated Protective Order and should be sealed." Docket No. 178, Declaration of Lynne G.

Stocker ¶ 4.  Plaintiff did not attach any exhibits to Defendant's deposition transcript and, even if he had, Defendant's declaration would not justify sealing any of those exhibits.  The local rules expressly provide that a "stipulation, or a blanket protective order that allows a party to designate documents as sealable, will not suffice to allow the filing of documents under seal."  Civil L.R. 79-5(a).  Accordingly, Defendant's declaration does not support sealing any part of Defendant's deposition transcript.

CONCLUSION

For the reasons set forth above, Plaintiff's motion to seal (Docket No. 157) is DENIED.  Within three days of this order, Plaintiff shall file its discovery designations in the public record.

IT IS SO ORDERED.

Dated: 7/8/2013

CLAUDIA WILKEN
United States District Judge

2