J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LYNNE G. STOCKER (SBN 130333)
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorneys for Defendant
D. WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISAIAH NOEL WILLIAMS,

Plaintiff,

v.

D. WILLIAMS,

Defendant.

Case No.: 4:07-cv-04464-CW

**~~[PROPOSED]~~ ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE REGARDING TRIAL**

On Thursday, July 18, 2013, and through the pendency of the trial, the parties shall be permitted to bring the following equipment and materials into Courtroom 2 on the fourth floor of 1301 Clay Street, Oakland, California: easels, white boards, large pads of paper, exhibit boards, laptop computers, external hard drives, displays, speakers, protector/screens and peripheral equipment, related audio-video equipment, and assorted power cords and cables.

IT IS SO ORDERED.

Dated: July 8, 2013

CLAUDIA WILKEN
United States District Judge



ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION