IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISAIAH N. WILLIAMS,

    Plaintiff,

  v.

DEBRA WILLIAMS,

    Defendant.
_____/

No. C 07-4464 CW

ORDER DIRECTING PARTIES TO FILE REVISED WITNESS LISTS

The parties filed their witness lists on June 14, 2013. Docket Nos. 162, 167. However, they failed to identify the first names of several witnesses on their lists. It is necessary to include these names on the jury questionnaire to ascertain whether any potential jurors are acquainted with any of the witnesses. The Court therefore directs each party to file a revised witness list identifying every witness or potential witness by his or her full name. The parties must submit their revised lists by 12:00 p.m. on Tuesday, July 16, 2013. If the parties fail to disclose the full name of any witness, that witness shall not be permitted to testify at trial.

Dated: July 12, 2013

CLAUDIA WILKEN
United States District Judge