1  EUGENE ILLOVSKY (SBN 117892),
   EIllovsky@mofo.com
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, CA 94306
   Phone: (650) 813-5600
4  Facsimile: (925) 377-7710

5  WHITNEY E. MCCOLLUM (SBN 253039),
   WMcCollum@mofo.com
6  MATTHEW CHIVVIS (SBN 251325),
   MChivvis@mofo.com
7  GABRIELLE R. HOLBURT (SBN 278985),
   GHolburt@mofo.com
8  MORRISON & FOERSTER LLP,
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
10 Facsimile: (415) 268-7522

11 Attorneys for Plaintiff ISAIAH NOEL
   WILLIAMS
12 ISAIAH NOEL WILLIAMS

   J. RANDALL ANDRADA (SBN 70000)
   randrada@andradalaw.com
   LYNNE G. STOCKER (SBN 130333)
   lstocker@andradalaw.com
   ANDRADA & ASSOCIATES P.C.
   180 Grand Avenue, Suite 225
   Oakland, California 94612
   Tel.: (510) 287-4160
   Fax: (510) 287-4161

   Attorneys for Defendant D. WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH NOEL WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>D. WILLIAMS,<br><br>        Defendant. | Case No. C 07-04464 CW (LB)<br><br>**JOINT STIPULATION REGARDING ADMISSIBILITY OF TRIAL EXHIBITS** |

It is hereby stipulated by and between the parties hereto through their respective attorneys of record that the following trial exhibits may be admitted into evidence at trial (with appropriate redactions as necessary in light of the Court's Order Resolving MILs) without objection from either side:

    Joint Exhibits 1-5, 7, 9-13, and 15-17.

    Plaintiff's Exhibits 1, 7, 9-12.

    Defendants Exhibits L and M.

Dated: July 18, 2013　　　　　　　　　　　MORRISON & FOERSTER LLP

                                                   By:　/s/ *Matthew Chivvis*
                                                              Matthew A. Chivvis

Attorney for Plaintiff, ISAIAH NOEL WILLIAMS

Dated: July 18, 2013　　　　　　　　　　　ANDRADA & ASSOCIATES

                                                   By:　/s/ *Lynne Stocker*
                                                              Lynne G. Stocker

Attorney for Defendant, D. WILLIAMS

**CIVIL LOCAL RULE 5-1(i) ATTESTATION**

I, Matthew A. Chivvis, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i), I hereby attest that Lynne Stocker has concurred in this filing.

                                                   By:　/s/ *Matthew Chivvis*
                                                              Matthew A. Chivvis

Attorney for Plaintiff

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — APPROVED / Judge Claudia Wilken]